# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0391. ACREE v. ROSEBERRY.

Following entry of the final order as to legitimation, child custody, visitation, and contempt in this matter, we granted Nadiya Acree's application for discretionary appeal. We have now reviewed the appellate record and have determined that it is incomplete. In particular, the final order states that various supporting documents are attached, including a Child Support Schedule E that explains the reasoning behind the trial court's decision to grant Gerald Roseberry a deviation from the presumptive child support amount. The copy of the final order appearing in the record, however, does not have any attachments.

Although the record contains a child support worksheet (including Schedule E) submitted by Roseberry, we are to unable determine whether the trial court incorporated this document into its judgment. And without the referenced attachments, we cannot properly review Acree's challenge to the final order. Accordingly, we hereby **REMAND** this case to the trial court for completion of the record to include (and clearly identify) the documents the trial court attached to its final judgment. Upon completion of the record, the trial court clerk is **DIRECTED**

to re-transmit the appeal to this Court for re-docketing. Acree need not file a new notice of appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* _12/03/2025_

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*